IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01605-REB-PAC

LAWRENCE HERNANDEZ, and
CESAR CHAVEZ ACADEMY, INC.,

    Plaintiffs,

v.

THE HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Vacate and Reschedule the Settlement Conference Set for January 31, 2006 [filed January 24, 2006; Doc. No. 12] is **GRANTED** as follows:

The Settlement Conference set for January 31, 2006 is *vacated.*

    IT IS **FURTHER ORDERED** that counsel shall conference call the Court at: 303-844-4892, on or before **February 3, 2006** to reset the Settlement Conference.

Dated:  January 27, 2006