IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01605-REB-PAC

LAWRENCE HERNANDEZ, and
CESAR CHAVEZ ACADEMY, INC.,

      Plaintiffs,

v.

THE HARTFORD FIRE INSURANCE COMPANY,

      Defendant.

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

IT IS HEREBY **ORDERED** that the Unopposed Motion for Leave to Permit Hartford's Client Representative to Appear Telephonically at the May 10, 2006 Settlement Conference [filed April 12, 2006; Doc. No. 17] is **GRANTED** as follows:

Mr. James L. Fischer is permitted to participate telephonically at the Settlement Conference on May 10, 2006.  Attorneys for defendant Hartford shall have a telephone number for Mr. Fischer with them at the Settlement Conference.

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  April 13, 2006