IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01605-REB-PAC

LAWRENCE HERNANDEZ and the
CESAR CHAVEZ ACADEMY, INC.

        Plaintiffs,

v.

THE HARTFORD FIRE INSURANCE COMPANY,

        Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER TO EXTEND THE DISCOVERY CUTOFF TO AND INCLUDING JULY 20, 2006**

---

        This matter comes before the Court on Defendant's Motion to Modify Scheduling Order to Extend the Discovery Cutoff to and Including July 20, 2006 [Doc #25]. Having reviewed the same, and being fully advised of the premises, the Court hereby finds and concludes; *that good cause having been shown,*

        Defendant's Motion is GRANTED. The discovery cutoff stated in the Scheduling Order is modified, and the parties shall now have to and including July 20, 2006, within which to complete fact and expert discovery.

        Done this *1st* day of *June*, 2006.

                                                     By the Court,

                                                   s/ Patricia A. Coan
                                                   UNITED STATES DISTRICT COURT
                                                   Patricia A. Coan
                                                   Magistrate Judge