IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01605-REB-PAC

LAWRENCE HERNANDEZ, and
CESAR CHAVEZ ACADEMY, INC.,

     Plaintiffs,

v.

THE HARTFORD FIRE INSURANCE COMPANY,

     Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

     IT IS HEREBY **ORDERED** that the Joint Unopposed Motion for leave to Permit Client Representative to Appear Telephonically at the February 27, 2007 Settlement Conference [filed February 8, 2007; Doc. No. 43] is **GRANTED** as follows:

     The parties client representatives may participate telephonically at the Settlement Conference on **February 27, 2007 at 1:30 p.m.**  Counsel shall bring telephone numbers of where their client representatives may be reached to the above conference.

Dated:  February 13, 2007